IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**LEE EDWARD MOORE, JR.,**          :

    **Plaintiff,**                :

**vs.**                                  **CIVIL ACTION 07-0533-WS-M**

                                              :

**KIMBERLY ROBBINS,** *et al.***,**

                                              :

    **Defendants.**

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** without prejudice.

**DONE** this 31st day of October, 2007.

                                              s/WILLIAM H. STEELE
                                              UNITED STATES DISTRICT JUDGE